**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **TORRANCE TREMAYNE RATLIFF,** | **:** | |
| | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **V.** | **:** | **NO. 5:25-cv-00395-MTT-ALS** |
| | **:** | |
| **Sheriff DAVID DAVIS, *et al.*,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| _____ | **:** | |

## <u>ORDER OF DISMISSAL</u>

Plaintiff Torrance Tremayne Ratliff, a detainee in the Bibb County Law Enforcement Center in Macon, Georgia, filed a 42 U.S.C. § 1983 complaint. ECF No. 1. He also moved for leave to proceed *in forma pauperis*. ECF No. 2. Thereafter, Plaintiff was ordered to submit a certified copy of his trust fund account statement. ECF No. 4. Plaintiff was given fourteen days to file his account statement and was cautioned that his failure to do so may result in the dismissal of this case. *Id.*

More than fourteen days passed after that order was entered, and Plaintiff did not file his account statement or otherwise respond to the Court's order. Accordingly, Plaintiff was ordered to show cause to the Court why this case should not be dismissed based on his failure to file his account statement. ECF No. 5. Plaintiff was given fourteen days to respond and was cautioned that his failure to do so would likely result in the dismissal of this case. *Id.*

More than fourteen days have now passed since the show cause order was entered, and Plaintiff has not responded to that order.  Moreover, mail sent to Plaintiff at the Bibb County Law Enforcement Center, the only address on file for Plaintiff, has been returned to this Court as undeliverable.  ECF Nos. 6 & 7.  It is Plaintiff's responsibility to keep the Court informed as to his current address, and insofar as the Court has no information about Plaintiff's current whereabouts, this case cannot continue.

Therefore, because Plaintiff has failed to respond to the Court's orders and has otherwise failed to prosecute this case, it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**.  *See* Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 4th day of February, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT