IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TORRANCE TREMAYNE RATLIFF,                    *

               Plaintiff,                    *

v.                                                          Case No.  5:25-cv-00395-MTT-ALS

                                 *

SHERIFF DAVID DAVIS et al,

                                 *

              Defendants.

_____   *

## J U D G M E N T

Pursuant to this Court's Order dated February 4, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 4th day of February, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk